■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER CHARLES, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Brownstein, J.), rendered December 14, 1979, as amended April 30, 1980, convicting him of murder in the second degree, robbery in the first degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Judgment, as amended, affirmed.

We have examined the defendant's contentions and find them to be without merit. Mangano, J. P., Thompson, Brown and Weinstein, JJ., concur.